IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MERRYL SUE ENG,

    Plaintiff,

    v.

SCRANTON UC SERVICE CENTER AND
DEPARTMENT OF LABOR AND
INDUSTRY,

    Defendants.

CIVIL ACTION NO. 3:08-CV-1213

(JUDGE CAPUTO)

## MEMORANDUM ORDER

By Order of July 29, 2008, I denied Plaintiff's motion for appointment of counsel without prejudice to renew in the event that circumstances changed.

Plaintiff has filed Plaintiff's Motion to the Court to Apply for a Volunteer Pro Bono Attorney to Represent me in the Above Captioned Complaint (Doc. 19). There are no changed circumstances noted in the motion. Moreover, the Court has no control over "volunteer pro bono attorneys".

**NOW, THEREFORE,** this 21st day of October, 2008, **IT IS HEREBY ORDERED** that Plaintiff's Motion to the Court to Apply for a Volunteer Pro Bono Attorney to Represent me in the Above Captioned Complaint (Doc. 19) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge